# EXHIBIT C



*The Grotto of Tiberius located in Sperlonga, Italy is a very popular and historical piscina*

The Chinese began fishkeeping solely for ornamental reasons, beginning with the Carp. The carp family includes goldfish and Koi. Selective breeding to bring out desired traits such as color and shape did not begin until the Sung Dynasty (960-1279). People were forbidden from eating these fish. In the year 1369 the Hongwu Emperor established a porcelain company that produced large tubs. These tubs were used to hold fish. As the years went on and the hobby charged forth, these tubs evolved to the shape of the modern fish bowl.

At The Great Exhibition in 1851, ornate aquariums made out of cast-iron were featured. This led to a boom in popularity for the fishkeeping hobby within the United Kingdom. England was officially introduced to the great wonders of fish in 1853 when Philip Henry Grosse stocked the first public aquarium located at the London zoo. Much advancement was made in the hobby during the 1850s following its boom in popularity. New tank designs were created along with new methods for maintaining water quality.

The hobby did not pick up in popularity in other countries until the 1870s. In the year 1876 the "New York Aquarium journal" was published. It is considered to be the world's first aquarium magazine. The first aquarium society in New York City was founded in 1893. This society quickly gained many followers.

During the twentieth century, our hobby made serious progress which lead to what it has become today. 1908 was the year that the first water driven air pump was created. Following the First World War, electricity was made available to homes. This allowed for the usage of heaters, aeration, filtration and artificial lights.

May 8, 2017

[Lacee Keyser](#)