Michael O. Stevens, OSB No. 095198
michael@hillsborofirm.com
STEVENS & LEGAL, LLC
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Tel: (971) 533-6178
Fax: (971) 228-2608

Attorney for Plaintiff Yair Karelic

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| YAIR KARELIC,<br><br>            Plaintiff,<br><br>v.<br><br>AQUA SERENE INC.,<br><br>            Defendant. | **Case No.:** 6:19-cv-1756-MC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiff Yair Karelic ("Plaintiff") hereby voluntarily dismisses this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Such dismissal is with prejudice, with each party to bear its own costs and fees, including any attorney's fees.

DATED: May 1, 2019

Respectfully submitted,

By: /s/ Michael O. Stevens
Michael O. Stevens, OSB No. 095198
michael@hillsborofirm.com
Attorney for Plaintiff